

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2019

No. 04-19-00672-CR

**IN RE** John **CERDA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza Rodriguez, Justice

On October 16, 2019, this court issued an opinion dismissing relator's petition for writ of mandamus for lack of jurisdiction. On October 30, 2019, this court denied relator's motion for rehearing. On November 15, 2019, relator filed a "Motion for Rehearing En Banc." After considering the arguments raised by relator, the motion is hereby DENIED. Relator's request for publication and oral argument is also DENIED.

It is so **ORDERED** on November 20, 2019.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court

---

[1] This proceeding arises from a parole panel decision by the State of Texas Board of Pardons and Paroles.